UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN ANDREW MERRITT,<br><br>Petitioner,<br><br>v.<br><br>WASHINGTON, CLARK COUNTY JAIL,<br><br>Respondents. | CASE NO. 3:17-CV-05924-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: February 9, 2018 |

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner Ryan Andrew Merritt, who is proceeding *pro se*, filed a proposed Petition for Writ of Habeas Corpus on November 6, 2017. Dkt. 1. Petitioner did not pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1. The Clerk of Court instructed Petitioner to pay the filing fee or file an application for IFP status by December 18, 2017. Dkt. 3. The Clerk of Court also provided Petitioner with an IFP form. *See* Dkt. 3. Petitioner failed to pay the filing fee or submit an IFP application form.

1  On December 22, 2017, the Court ordered Petitioner to submit an application to proceed IFP or pay the filing fee. Dkt. 4. The Court warned that failure to comply with the Order would result in the Court recommending dismissal of this action. *Id.*

4  Petitioner has not filed an application to proceed IFP or paid the filing fee. He has also failed to respond to the Court's order. As Petitioner has failed to (1) file an application to proceed IFP or pay the filing fee, (2) respond to the Court's Order, and (3) prosecute this case, the Court recommends this case be dismissed without prejudice.

8  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on February 9, 2018, as noted in the caption.

Dated this 24th day of January, 2018.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge